RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE ___/__4__,__11___
BY_____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

JESSE JAMES CASTON                    CIVIL ACTION NO. 09-1119

VERSUS                                JUDGE ROBERT G. JAMES

BURL CAIN, WARDEN                     MAG. JUDGE KAREN L. HAYES

## JUDGMENT

After a *de novo* review of the record, for the reasons stated in the Magistrate Judge's Report and Recommendation, to the extent adopted by the Court, and for those additional reasons stated in the Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner Jesse James Caston's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this __3__ day of __January__, 201_1_.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE